# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALI AHMED FARA, et al.,<br><br>　　　　Defendants. | Case No.  1:20-cv-01391-AWI-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL AS TO DEFENDANT SEON SEE SUH WITHOUT PREJUDICE |

Plaintiff George Avalos has filed notice of a voluntary dismissal without prejudice with respect to all claims against Seon Hee Suh only. (ECF No. 5.) No defendant has appeared or served either an answer or a motion for summary judgment. Pursuant to the notice, the case against Seon Hee Suh has ended and the case is dismissed without prejudice as to Seon Hee Suh only. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

IT IS SO ORDERED.

Dated:  **October 29, 2020**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE