UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALI AHMED FARA,<br><br>　　　　Defendant. | No. 1:20-cv-01391-AWI-EPG<br><br>ORDER FOR PLAINTIFF TO SERVE COPY OF THIS ORDER AND THE DOCKET ON DEFENDANT |

　　　　On January 22, 2021, Plaintiff George Avalos filed a motion for a default judgment which noticed the matter before District Judge Ishii on "February 22, 2021 at 1:30 p.m. or as soon as thereafter as this matter may be heard by this Court located at 2500 Tulare Street, Courtroom 2, Fresno, CA 93721[.]". (ECF No. 11). Plaintiff filed a proof of service on Defendant. (ECF No. 11-8).

　　　　On January 25, 2021, the Court entered a minute order placing the matter before the undersigned on February 24, 2021 at 10:00 a.m. and provided instructions for participating in the telephonic hearing. As Defendant Ali Ahmed Fara has not appeared in the action, it seems likely that Defendant Fara is unaware of the new date, time and instructions for the hearing on Plaintiff's motion for a default judgment.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff shall, within three days, file a proof of service of this order and a copy of the docket in this matter on Defendant in a manner

1

permitted by Federal Rule of Civil Procedure 5.

IT IS SO ORDERED.

Dated:  **January 27, 2021**                    /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE