UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>    Plaintiff,<br><br>v.<br><br>ALI AHMED FARA,<br><br>    Defendant. | Case No. 1:20-cv-01391-AWI-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 17) |

On February 17, 2021, Plaintiff George Avalos filed a notice of voluntary dismissal of entire action with prejudice. (ECF No. 17.) Defendant has not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **February 18, 2021**          /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE